ACCEPTED
15-25-00020-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/12/2025 5:32 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/12/2025 5:32:51 PM
CHRISTOPHER A. PRINE
Clerk

# STONE HILTON

August 12, 2025

***Via E-Filing***

Christopher A. Prine, Clerk
Fifteenth Court of Appeals
P. O. Box 128523
Austin, TX 78711

RE: *Storable, Inc.; RedNova Labs, Inc. (d/b/a storEDGE); Sitelink Software, LLC; Easy Storage Solutions, LLC; Bader Co.; and Property First Group, LP v. Safelease Insurance Services, LLC;* No. 15-25-00020-CV

*In Re Storable, Inc.; RedNova Labs, Inc. (d/b/a storEDGE); SitelinkSoftware, LC; Easy Storage Solutions, LLC; Bader Co.; and Property First Group, LP*; No. 15-25-00109-CV

Trial Court Case Number: 25-BC03A-0001

Dear Mr. Prine:

  Please be advised that Judd E. Stone II will be the attorney presenting argument to the Court on Wednesday, September 24, 2025, at 1:30pm on behalf of Appellee/ Real Party in Interest SafeLease Insurance Services, LLC in the above-referenced causes of action (consolidated for the purposes of oral argument).

  Thank you for your time and attention to this matter.

        Sincerely,

        */s/ Judd E. Stone II*
        Judd E. Stone II
        **STONE HILTON PLLC**
        600 Congress Ave., Suite 2350
        Austin, TX 78701
        judd@stonehilton.com
        (737) 465-3897

cc:  All Counsel of Record



# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Bonnie Chester on behalf of Judd Stone
Bar No. 24076720
accounts@stonehilton.com
Envelope ID: 104294309
Filing Code Description: Letter
Filing Description: 20250812_Ltr to Clerk re Oral Argument
Status as of 8/13/2025 7:05 AM CST

Associated Case Party: SafeLease Insurance Services, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Delonda Dean | | ddean@yettercoleman.com | 8/12/2025 5:32:51 PM | SENT |
| Yetter Coleman | | efile@yettercoleman.com | 8/12/2025 5:32:51 PM | SENT |
| Adam Locke | 24083184 | adam@lockelaw.com | 8/12/2025 5:32:51 PM | SENT |
| Cody Coll | | cody@stonehilton.com | 8/12/2025 5:32:51 PM | SENT |
| Courtney Smith | | csmith@yettercoleman.com | 8/12/2025 5:32:51 PM | SENT |
| Luke A.Schamel | | lschamel@yettercoleman.com | 8/12/2025 5:32:51 PM | SENT |
| Christopher Hilton | | chris@stonehilton.com | 8/12/2025 5:32:51 PM | SENT |
| Judd Stone | | Judd@stonehilton.com | 8/12/2025 5:32:51 PM | SENT |
| Alyssa Smith | | asmith@yettercoleman.com | 8/12/2025 5:32:51 PM | SENT |
| Bonnie Chester | | bonnie@stonehilton.com | 8/12/2025 5:32:51 PM | SENT |
| Alexander Dvorscak | | alex@stonehilton.com | 8/12/2025 5:32:51 PM | SENT |
| Shannon Smith | | ssmith@yettercoleman.com | 8/12/2025 5:32:51 PM | SENT |
| R. Paul Yetter | | pyetter@yettercoleman.com | 8/12/2025 5:32:51 PM | SENT |
| Susanna R.Allen | | sallen@yettercoleman.com | 8/12/2025 5:32:51 PM | SENT |
| Rosalinda Luna | | rosie@stonehilton.com | 8/12/2025 5:32:51 PM | SENT |

Associated Case Party: Storable, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Dale Wainwright | | dale.wainwright@gtlaw.com | 8/12/2025 5:32:51 PM | SENT |
| Justin Bernstein | | bernsteinju@gtlaw.com | 8/12/2025 5:32:51 PM | SENT |
| Ray Torgerson | | rtorgerson@porterhedges.com | 8/12/2025 5:32:51 PM | SENT |
| Carolyn Reed | | creed@porterhedges.com | 8/12/2025 5:32:51 PM | SENT |

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Bonnie Chester on behalf of Judd Stone
Bar No. 24076720
accounts@stonehilton.com
Envelope ID: 104294309
Filing Code Description: Letter
Filing Description: 20250812_Ltr to Clerk re Oral Argument
Status as of 8/13/2025 7:05 AM CST

Associated Case Party: Storable, Inc.

| Carolyn Reed | | creed@porterhedges.com | 8/12/2025 5:32:51 PM | SENT |
|---|---|---|---|---|
| Jonna Summers | | jsummers@porterhedges.com | 8/12/2025 5:32:51 PM | SENT |
| Lakshmi Kumar | | lkumar@porterhedges.com | 8/12/2025 5:32:51 PM | SENT |
| Dolores Brunelle | | dbrunelle@porterhedges.com | 8/12/2025 5:32:51 PM | SENT |
| Liza Eoff | | leoff@porterhedges.com | 8/12/2025 5:32:51 PM | SENT |
| Neil KentonAlexander | | kalexander@porterhedges.com | 8/12/2025 5:32:51 PM | SENT |
| Cathy Hodges | | catherine.hodges@aporter.com | 8/12/2025 5:32:51 PM | SENT |